UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

YAG INVESTMENT GROUP, LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, Westchester Surplus Lines Insurance Company ("Westchester"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this case from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, to the United States District Court for the Middle District of Florida, and states as follows:

1. Plaintiff, YAG INVESTMENT GROUP, LLC, commenced this action by filing a Complaint in the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, Case No. 2023-31844-CICI. A copy of the Complaint and docket are attached.

2. Defendant was served with the lawsuit on June 19, 2023.

**Diversity of Citizenship**

3. The Complaint alleges that the Plaintiff owns real property "located at 3230 S Atlantic Ave Daytona Beach, FL 32118 (the "Property")."[1]

4. Plaintiff's only known member is Yardlene Tabora. A copy of Plaintiff's 2023 Limited Liability Company Annual Report filed with the Florida Secretary of State is attached as Exhibit A to this Notice.

5. "Citizenship is equivalent to 'domicile' for purposes of diversity jurisdiction. A person's domicile is the place of his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002) (internal citations omitted) (quotation marks omitted). In determining domicile, courts consider home ownership, driver's license, voting registration, location of family, and location of business. *Turner v. Pa. Lumbermen's Mut. Fire Ins. Co.*, 3:07-cv-374-J-32TEM, 2007 WL 3104930, at *4 (M.D. Fla. Oct. 22, 2007).

6. Yardlene Tabora registered 222 Yamato Rd, Ste 106, Mailbox 316, Boca Raton, Florida 33431 as his/her address with the Florida Department of State. Yardlene Tabora is a registered voter in Florida and has a registered residential address of 7340 Serrano Ter, Delray Beach, Florida 33446. A copy of Yardlene Tabora's voters registration is attached as Exhibit B.

---

[1] Compl. ¶ 3, attached.

7. Accordingly, the Plaintiff's sole member is citizen of the State of Florida, and therefore the Plaintiff is a citizen of the State of Florida.

8. Westchester is a Georgia corporation with principal place of business in Pennsylvania.

9. Accordingly, for purposes of 28 U.S.C. § 1332, diversity of citizenship existed among Plaintiff and Westchester at the time Plaintiff commenced this action in state court and continues to exist as of the time of filing this Notice of Removal.

**Amount in Controversy**

10. The Complaint alleges this is an action for damages that exceeds $50,000.00, exclusive of interest, costs, and attorney's fees.[2]

11. The action against Westchester seeks insurance coverage under a policy issued by Westchester, bearing policy number FSF15875458 003 (the "Policy"), which insures the Property.[3]

12. The Complaint alleges a loss to the Property as a result of Hurricane Ian.[4]

13. On March 28, 2023, Plaintiff filed a statutory Property Insurance Notices of Intent to Initiate Litigation for the Property, listed $174,483.00 in

---

[2] Compl. ¶ 1, attached.
[3] Compl. ¶ 6, attached.
[4] Compl. ¶ 14, attached.

damages. A copy of the Notice of Intent to Litigate is attached as Exhibit C to this Notice.

14. Based upon the foregoing, Westchester has a good faith belief that the amount in controversy is in excess of $75,000, exclusive of interest and costs.

15. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

16. A copy of this Notice will promptly be filed with the Clerk of the Circuit Court of the Seventh Judicial Circuit in and for Volusia County.

WHEREFORE, Westchester Surplus Lines Insurance Company hereby removes this action to this Court.

Respectfully submitted,

**COZEN O'CONNOR**

By: /s/ Tiffany Bustamante O'Quinn
John David Dickenson
Florida Bar No. 575801
jdickenson@cozen.com
1801 N. Military Trail, Suite 200
Boca Raton, FL 33431
Telephone: (561) 515-5250

Tiffany Bustamante O'Quinn, Esq.
Florida Bar No. 117643
Email: toquinn@cozen.com
200 South Biscayne Blvd., Ste. 3000
Miami, Florida 33131
Telephone: (305) 704-5940

*Counsel for Defendant, Westchester Surplus Lines Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by Electronic Mail.

/s/ Tiffany Busatamante O'Quinn
Tiffany Bustamante O'Quinn

**SERVICE LIST**
*Counsel for Plaintiff*
Rebecca Elimelech, Esq.
Steven Llarena, Esq.
Insurance Litigation Group, P.A.
1500 NE 162nd Street
Miami, FL 33162
Telephone: (786) 529-0090
Facsimile: (866) 239-9520
Email:   service@ilgpa.com
         steven@ilgpa.com